

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2020

No. 04-20-00392-CV

Sherry **CAGLE** n/k/a Sherry Schwartz,
Appellant

v.

Mario **CUELLAR,** Norma Cuellar, James Donald Cagle, and Hannah Funding LLC.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-01910
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's brief was due by December 17, 2020. On that day, appellant filed a second, unopposed motion requesting a two week extension of time to file her brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by December 31, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court